# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deyra Pamela Carranza Aguilar,<br><br>Plaintiff,<br><br>v.<br><br>Innovative Funding Services d/b/a Tresl,<br><br>Defendant. | No. CV-24-0420-PHX-DGC<br><br>**ORDER** |

Pending before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. Doc. 25.

**IT IS ORDERED:**

1. The parties' stipulation (Doc. 25) is **granted**.

2. This action is dismissed with prejudice, with each party bearing their own costs and attorneys' fees.

3. The Clerk's Office is directed to close this case.

Dated this 20th day of December, 2024.

*David G. Campbell*
David G. Campbell
Senior United States District Judge

1